

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00159-CR

The **STATE** of Texas,
Appellant

v.

Oscar Sevilla **BERRIOS**,
Appellee

From the County Court At Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000756L1
Honorable Leticia Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting Oscar Sevilla Berrios habeas relief, RENDER judgment dismissing Berrios's habeas application, and REINSTATE the information charging Berrios with the misdemeanor offense of criminal trespass.

SIGNED October 23, 2024.

_____
Irene Rios, Justice